**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WPC:JEA
F. #2018R00617

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 19, 2018

BY ECF

The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Mohamadoe Lamine Mbacke
Criminal Docket No. 18-237 (SJB)

Dear Judge Bulsara:

The government respectfully submits this letter to advise the Court that members of the media have requested certain exhibits which were admitted into evidence during today's proceedings. It is the Office's policy to provide members of the media, upon request, any exhibits which are admitted into evidence. The government has likewise notified defense counsel about the media request.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Jonathan E. Algor
Jonathan E. Algor
Assistant U.S. Attorney
(718) 254-6248

cc: Clerk of the Court (SJB) (by ECF)
Jan Rostal, Esq. (by Email)